FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 2 5 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01864-LTB-KLM

CHRISTINE SMALL,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner, U.S. Social Security Administration,

    Defendant.

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed in forma pauperis. It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

                      BY THE COURT:

                      __s/ Kristen L. Mix_____

                      United States Magistrate Judge

Dated:      September 22, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01864-LTB-KLM

Christine Small
13727 E. 4th Ave., #7-104
Aurora, CO 80011

Michael J. Astrue - **CERTIFIED**
Commissioner of Federal Agency
Social Security Admin
PO Box 17712
Baltimore, MD 21235

United States Attorney General - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C. 20530

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

 I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to; The United States Attorney General; and to the United States Attorney's Office: COMPLAINT FILED 08/29/08, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 9/25/08.

           GREGORY C. LANGHAM, CLERK

           By: _____
              Deputy Clerk