IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01864-LTB-KLM

CHRISTINE SMALL,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner, U.S. Social Security Administration,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 21 2008

GREGORY C. LANGHAM
    CLERK

---

## AMENDED ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed in forma pauperis.

The original Order Granting Service [Docket No. 10; Filed September 25, 2008] was not properly served on Defendant. Accordingly,

It now is ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents

pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

BY THE COURT:

__s/ Kristen L. Mix__

United States Magistrate Judge

Dated: October 21, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01864-LTB-KLM

Christine Small
13727 E. 4th Ave., #7-104
Aurora, CO 80011

Michael J. Astrue - **CERTIFIED**
General Counsel
Social Security Administration
Room 611 Almeyer Bldg.
6401 Security Blvd.
Baltimore, MD 21235

United States Attorney General - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C. 20530

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Michael Astrue; The United States Attorney General; and to the United States Attorney's Office: COMPLAINT FILED 08/29/08, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 10/21/08  .

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk