IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01864-LTB-KLM

CHRISTINE SMALL,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner, U.S. Social Security Administration,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on **Plaintiff's Motion Regarding Prior Mailing Address** [Docket No. 40; Filed January 20, 2009] (the "Motion").

In her Motion, Plaintiff requests that the Court refrain from sending mail to an address beginning with the number "1035," previously provided to the Court by Defendant. *Motion* [#40] at 1. Although Plaintiff provides no alternative mailing address, she does provide the Court with an email address. *Id.* However, to the extent that Plaintiff requests that all future court communications be emailed to her, such a request is **denied**. The Electronic Case Filing Procedures for the District of Colorado state that a non-prisoner, *pro se* party, like Plaintiff, may apply to register as a participant in ECF by completing an "ECF Registration Form - *Pro Se* and submitting it, in paper to the clerk's office." *District of Colorado ECF Procedures*, III(B)(2). Until such time as Plaintiff completes the ECF Registration Form, Plaintiff must provide the Court with a current mailing address. However, the Court also notes that in a letter to Defendant's counsel dated January 13, 2009, Plaintiff states that all future correspondence should be sent to the address 13727 E. 4th Ave., #7-104, Aurora, CO 80011, instead of the address beginning with the number "1035." *Status Report* [#36-3] at p. 2. As such, the Court will order that all future correspondence be sent to this address until Plaintiff informs it otherwise. Plaintiff is directed that D.C.Colo.LCivR. 10.1(M) requires that within ten days of the date of any change in address, a party must inform the Court of her current mailing address.

Accordingly, IT IS HEREBY **ORDERED** that the Motion is **GRANTED IN PART AND DENIED IN PART**. The Clerk of the Court is directed to ensure that Plaintiff's current mailing address is: 13727 E. 4th Ave., #7-104, Aurora, CO 80011.

IT IS FURTHER **ORDERED** that if mail sent to Plaintiff at 13727 E. 4th Ave., #7-104,

Aurora, CO 80011 is returned as undeliverable and Plaintiff does not file a corrected mailing address with the Court within ten days, the Court will recommend that her case be dismissed for failure to comply with court rules.

      Dated: January 22, 2009