IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01864-LTB-KLM

CHRISTINE SMALL,

  Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner, U.S. Social Security Administration,

  Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on **Plaintiff's Motion Requesting Clarification and Response to Judge's Minute Order** [Docket No. 43; Filed January 27, 2009] (the "Motion").

Plaintiff requests that the Court provide clarification on statements made in its Minute Order of January 22, 2009 [Docket No. 42]. IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Court will provide the following clarifications: First, Plaintiff refers to an address beginning with the number "1035," previously provided to the Court, and inquires as to whether this address has been "sanitized from the Court's hard copy and electronic records . . . ." *Motion* [#43] at 1. The Court will clarify that while this address is no longer listed as Plaintiff's mailing address, there are references to this mailing address that remain in the electronic record. Moreover, the Court has no means by which a piece of information can be "sanitized" from the record, other than a party's filing of a motion to seal pursuant to D.C.COLO.LCivR. 7.2. However, the Court notes that to provide grounds for a motion to seal, "compelling reasons" must be demonstrated to the Court. *See* D.C.COLO.LCivR. 7.2(A). As such, Plaintiff's mere desire to remove references to this address from the record is unlikely to suffice as a "compelling reason" such that a motion to seal would be granted.

Second, Plaintiff states that she "objects to the Court's ruling that her case be 'dismissed.'" *Motion* [#43] at 1. The Court clarifies that its Minute Order of January 22, 2009 did not either rule or recommend that Plaintiff's case be dismissed. Instead, the Court merely warned Plaintiff that a failure to provide her mailing address in the future could be grounds for dismissal of her case for failure to comply with court rules.

  Dated: January 29, 2009